**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 06-cv-02200-EWN

WASEEM KHAN,
MAHDI SIKKAL,
AMAL SEDYAME,
HATIM HARMOUZI,
ABDULBAGIE IBRAHIM,

        Plaintiffs,

        v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
Mario Ortiz, District Director,
United States Department of Homeland Security, Denver, Colorado, and
Federal Bureau of Investigations,

        Defendants.

---

**ORDER RE: STIPULATED MOTION TO DISMISS ALL CLAIMS BY MAHDI SIKKAL, AMAL SEDYAME, AND ABDULBAGIE IBRAHIM**

---

Pursuant to the Parties' Stipulated Motion to Dismiss all claims by Plaintiffs Mahdi Sikkal, Amal Deyame, and Abdulbagie Ibrahim in the above referenced action, all claims by these Plaintiffs are dismissed, with prejudice, each party to bear its own costs and attorneys' fees.

ORDERED, ADJUDGED and DECREED that the referenced case is dismissed as to these defendants only. Each party will bear its own costs and attorneys' fees.

The status conference set for December 21, 2006, at 10:00 a.m. will take place as scheduled.

DATED this 15th day of December, 2006.

                                BY THE COURT:

                                s/ Edward W. Nottingham
                                United States District Court