# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-02200-EWN

WASEEM KHAN,
MAHDI SIKKAL,
AMAL SEDYAME,
HATIM HARMOUZI,
ABDULBAGIE IBRAHIM,

       Plaintiffs,

       v.

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,
Mario Ortiz, District Director,
United States Department of Homeland Security, Denver, Colorado, and
Federal Bureau of Investigations,

       Defendants.

## ORDER RE: STIPULATED MOTION TO DISMISS

Pursuant to the Parties' Stipulated Motion to Dismiss all claims by Plaintiffs Wassem Khan and Hatim Harmouzi in the above referenced action, all claims by these Plaintiffs are dismissed, with prejudice, each party to bear its own costs and attorneys' fees. With the dismissal of the last two remaining Plaintiffs, there are no remaining claims. The entire case can be dismissed. Moreover, the Status Conference scheduled for January 5, 2007 is hereby vacated. It is accordingly

ORDERED, ADJUDGED and DECREED that the referenced case is dismissed.

Each party will bear its own costs and attorneys' fees.

DATED this 22nd day of December, 2006.

BY THE COURT:

s/ Edward W. Nottingham
United States District Judge